IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-2639

JOHN PAULSON, an individual,

Plaintiff,

v.

TWO RIVERS WATER AND FARMING COMPANY, a Colorado corporation; JOHN R. MCKOWEN, an individual; WAYNE HARDING, an individual; and TIMOTHY BEALL, an individual,

Defendants.

_____

**DEFENDANT JOHN R. MCKOWEN'S NOTICE OF REMOVAL
PURSUANT TO 28 U.S.C. § 1452**
_____

Defendant John R. McKowen, through counsel, files this Notice of Removal of all claims and causes of action asserted in the following action to the United States District Court for the District of Colorado: *John Paulson, individually and on behalf of all others similarly situated, v. Two Rivers Water and Farming Company, John R. McKowen, Wayne Harding, and Timothy Beall,* currently pending in the District Court for the City and County of Denver, Colorado, Case No. 2019CV33099 (the "State Court Action").

Pursuant to 28 U.S.C.A. §§ 1334(b), 1446, and 1452, and Fed. R. Bankr. P. 9027, McKowen states the following grounds for removal:

1.  McKowen is a defendant in the State Court Action, which was filed on August 13, 2019. The plaintiff in the State Court Action is John Paulson, who purchased securities in GrowCo, Inc. ("GrowCo"). In the State Court Action, plaintiff Paulson alleges that defendants

are liable for violations of Colorado securities laws and under other common law claims in connection with Paulson's and others' purchases of GrowCo securities.

2. On January 24, 2019, GrowCo filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, District of Colorado, Case No. 19-10512-JGR (the "GrowCo Bankruptcy Case").

3. As of the filing of this Notice of Removal, no defendants have answered or otherwise responded to Paulson's Complaint.

4. Two Rivers Water and Farming Company, a defendant in the State Court Action, is the parent company of GrowCo, the chapter 11 debtor-in-possession in the GrowCo Bankruptcy Case. McKowen is the Chief Executive Officer of GrowCo.

5. In the State Court Action, Paulson asserted claims for himself and requested certification of a class of putatively similar persons who invested in GrowCo. Paulson asserted these claims against GrowCo's parent company Two Rivers, GrowCo's CEO McKowen, Wayne Harding (former CEO of GrowCo), and Timothy Beall (former COO of GrowCo): (i) Sales of Securities in Violation of the Colorado Securities Act, C.R.S. § 11-51-101 et seq., (ii) Providing Substantial Assistance in the Sale of Securities by Means of Untrue Statements or Omissions in Violation of C.R.S. § 11-51-101 et seq., (iii) Control Person Liability in the Sale of Securities by Means of Untrue Statements or Omissions in Violation of C.R.S. § 11-51-101 et seq., (iv) Common Law Negligence, and (v) Negligent Misrepresentations and Omissions.

6. This Court has jurisdiction of the State Court Action, including all claims and causes of action asserted in that action, under the provisions of 28 U.S.C.A. § 1334(b) because the

State Court Action is related to the GrowCo Bankruptcy Case. The State Court Action may be therefore be removed to this Court pursuant to 28 U.S.C.A. § 1452.

7. The State Court Action, including all claims and causes of action asserted in that action, is a civil action other than a proceeding before the United States Tax Court, and it is not a civil action by a governmental unit to enforce such governmental unit's police or regulatory power. *See* 28 U.S.C.A. § 1452(a).

8. The State Court Action was initiated after the commencement of the GrowCo Bankruptcy Case. All of the claims and causes of action asserted in the State Court Action are related to the GrowCo Bankruptcy Case because the claims directly involve the investments in GrowCo; the representations of GrowCo in the securities offering documents; and the alleged actions of GrowCo's and its parent company's officers and directors, who may assert claims against GrowCo for indemnification and for insurance coverage under a policy in which GrowCo is the named insured. In addition, the coverage available under the insurance policy is an asset of the GrowCo bankruptcy estate, and Paulson's claims may result in a diminution of the asset in violation of the bankruptcy stay under 11 U.S.C. § 362(a). Paulson's claims may also be duplicative of claims the estate may have against Harding, Two Rivers and Beall pursuant to 11 U.S.C. §§ 541, 544 and 548. The outcome of each of the interrelated claims will thus have a clear and direct effect on GrowCo's Chapter 11 bankruptcy estate.

9. This Notice is timely filed, as it was filed less than 30 days after McKowen's receipt of the initial pleading setting forth the claims to be removed, in accordance with 28 U.S.C. § 1446(b) and Fed. R. Bankr. P. 9027(a)(3).

10. On removal, the action is a noncore proceeding, and McKowen consents to entry of final orders or judgment by the bankruptcy judge.

11. Pursuant to 28 U.S.C. § 1446(a) and Fed. R. Bankr. P. Rule 9027(a)(l), copies of all process and pleadings and other matters of record in the State Court Action are submitted to this Court together with the filing of this Notice. *See* **Exhibits 1-4** attached hereto.

12. Pursuant to 28 U.S.C. § 1446(d) and Fed. R. Bankr. P. Rule 9027(b) and (c), McKowen is serving simultaneously with this filing a copy of this Notice of Removal on the District Court for the City and County of Denver, Colorado, and on all Defendants.

Based on the above, McKowen respectfully submits this Notice of Removal pursuant to 28 U.S.C.A. §§ 1334, 1446, and 1452 and Fed. R. Bankr. P. 9027.

**DATED** this 16th day of September, 2019.

Respectfully submitted,

**OGBORN MIHM LLP**

*/s/ Michael T. Mihm*
Michael T. Mihm, #14768
Susan Hardie Jacks, #32642
James E. Fogg, #47763
1700 Broadway, Suite 1900
Denver, CO 80290
Phone: 303.592.5900
Fax: 303.592.5910
Email: Michael.Mihm@OMTrial.com
 Susie.Jacks@OMTrial.com
 James.Fogg@OMTrial.com

*Attorneys for Defendant John R. McKowen*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 16th day of September, 2019, a true and correct copy of the foregoing **DEFENDANT JOHN R. MCKOWEN'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1452** was electronically filed with the Court and served on the following via the CM/ECF filing system:

| | |
|---|---|
| Steven A. Miller, No. 8758<br>STEVEN A. MILLER, P.C.<br>162 Larimer St., Suite 2906<br>Denver, CO 80202<br>Sampc01@gmail.com<br><br>*Local Counsel for Plaintiffs* | Paul J. Scarlato<br>Christian A. Pfeiffer<br>GOLDMAN SCARLATO & PENNY, P.C.<br>8 Tower Bridge, Suite 1025<br>161 Washington Street<br>Conshohocken, PA 19428<br>scarlato@lawgsp.com<br>pfeiffer@lawgsp.com<br><br>Alan L. Rosca<br>GOLDMAN SCARLATO & PENNY, PC<br>23250 Chargin Blvd., Suite 100<br>Beachwood, OH 44122<br>rosca@lawgsp.com<br><br>J. Barton Goplerud<br>Brian O. Marty<br>SHINDLER ANDERSON GOPLERUD & WEESE P.C.<br>5015 Grand Ridge Dr., Suite 100<br>West Des Moines, IA 50265<br>goplerud@sagwlaw.com<br>marty@sagwlaw.com<br><br>*Counsel for Plaintiff and the Putative Class* |

                                              */s /Hanna Ueckert*
                                              Hanna Ueckert, Legal Assistant