IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02639-PAB-NYW

JOHN PAULSON, an individual,

Plaintiff,

v.

TWO RIVERS WATER AND FARMING COMPANY, a Colorado corporation; JOHN R. MCKOWEN, an individual; WAYNE HARDING, an individual; and TIMOTHY BEALL, an individual,

Defendants.

---

**JOINT MOTION TO STAY ALL OUTSTANDING MOTIONS PRACTICE PENDING JULY 21, 2020 MEDIATION**

---

Pursuant to the Order of Magistrate Judge Nina Y. Wang [ECF No. 100], Plaintiff John Paulson and Defendants Two Rivers Water and Farming Company, John R. McKowen, Wayne Harding and Timothy Beall, by and through their respective counsel, hereby submit the following Joint Motion to Stay All Outstanding Motions Practice Pending Mediation to the Honorable Philip A. Brimmer:

*Certification of Compliance with D.C.COLO.LCivR 7.1(a):* Prior to filing this Motion, counsel for the parties conferred in good faith and unanimously stipulate that a temporary stay of motions practice currently outstanding before the Presiding Judge, the Honorable Philip A. Brimmer, pending mediation scheduled with the Hon. Bill Meyer (Ret.) on July 21, 2020, will enhance the chances of a successful mediation and, thus, stands to promote judicial efficiency.

*Certification of Compliance with D.C.COLO.LCivR 6.1(c):* Undersigned counsel certify

that their respective clients will receive a copy of this Joint Motion.

1. The parties have filed several motions that are currently outstanding, namely: (1) Defendant John McKowen's Motion to Dismiss Certain Claims in Plaintiff's Amended Complaint [DKT 73] (2) Defendant Timothy Beall's Unopposed Motion to Set Aside the Clerk's Entry of Default [ECF No. 94] and (3) Defendant Timothy Beall's Motion to Dismiss for Failure to State a Claim [ECF No. 96].

2. On June 16, 2020, the parties timely filed a joint motion to stay all proceedings, including motions practice, and to extend the deadlines for discovery cut-off and to file motions under Fed. R. Civ. P. 23 [ECF No. 98].

3. On June 17, 2020, Magistrate Judge Nina Y. Wang issued a text Order granting relief as to the discovery cut-off and the deadline to file motions pursuant to Fed. R. Civ. P. 23 and directing the parties to seek a stay of outstanding motions practice from the Presiding Judge, the Honorable Philip A. Brimmer.

4. The parties have agreed that, at this time, their efforts are better put towards attempting to reach a settlement, than incurring expense related to litigating this matter. A mediation among all parties with the Hon. Bill Meyer (Ret.) of Judicial Arbiter Group, Inc. is scheduled for July 21, 2020. Based on Judge Meyer's schedule, this was the earliest date available.

5. By this Joint Motion, the parties seek to temporarily stay all outstanding motions practice currently pending before Judge Brimmer until July 27, 2020.

6. The Parties believe that the requested stay may obviate the need for a ruling on the pending and upcoming motions, and otherwise enhance the prospects for a successful mediation.

7. As such, the parties request the Court enter an Order staying all pending motions practice until July 27, 2020, at which point the parties will (i) notify the Court of the results of the mediation and, if mediation is not successful, request a ruling on Mr. McKowen's Motion to Dismiss [Dkt. 73] and (ii) meet and confer regarding deadlines for the currently pending motions that require additional responses or briefing, namely Mr. Beall's Unopposed Motion to Set Aside the Clerk's Entry of Default [ECF No. 94] and Motion to Dismiss for Failure to State a Claim [ECF No. 96].

8. This request is not sought for the purpose of delay, and good cause exists to temporarily stay pending motions practice, as discussed herein.

WHEREFORE, the parties respectfully request this Honorable Court temporarily stay currently pending motions practice in this proceeding until July 27, 2020.

Respectfully submitted this 18th day of June, 2020.

| | |
|---|---|
| /s/ Steve A. Miller | /s/ Susan H. Jacks |
| Steve A. Miller, #8758 | Susan H. Jacks, #32642 |
| STEVE A. MILLER, P.C. | James E. Fogg, #47763 |
| 162 Larimer St., Suite 2906 | Thomas D. Neville, #35011 |
| Denver, CO 80202 | OGBORN MIHM LLP |
| Telephone: (303) 892-9933 | 1700 Lincoln, Suite 2700 |
| Fax: (303) 892-8925 | Denver, CO 80290 |
| Email: Sampc01@gmail.com | Phone: 303.592.5900 |
| *Local Counsel for Plaintiffs* | Fax: 303.592.5910 |
| | Email: Susie.Jacks@OMTrial.com |
| | James.Fogg@OMTrial.com |
| Paul J. Scarlato *(pro hac vice)* | Thomas.Neville@OMTrial.com |
| Christian A. Pfeiffer *(pro hac vice)* | *Attorneys for Defendant John R. McKowen* |
| GOLDMAN SCARLATO & PENNY, PC | |
| 8 Tower Bridge, Suite 1025 | |
| 161 Washington Street | |
| Conshohocken, PA 19428 | |
| Telephone: (484) 342-0700 | |

E-mail: scarlato@lawgsp.com
pfeiffer@lawgsp.com

Alan L. Rosca, Esq *(pro hac vice)*
GOLDMAN SCARLATO & PENNY, PC
23250 Chagrin Blvd. Suite 100
Beachwood, OH 44122
Telephone: (484) 342-0700
E-mail: rosca@lawgsp.com

J. Barton Goplerud (*pro hac vice forthcoming*)
Brian O. Marty *(pro hac vice forthcoming)*
SHINDLER ANDERSON GOPLERUD & WEESE PC
5015 Grand Ridge Dr, Ste. 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
Fax: (515) 223-8887
Email: goplerud@sagwlaw.com
marty@sagwlaw.com
*Counsel for Plaintiff and the Putative Class*


*/s/ Tamara A. Seelman*
Tamara A. Seelman, #29391
Lillian L. Alves, #37083
GORDON REES SCULLY MANSUKHANI LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
Fax: (303) 534-5161
Email: tseelman@grsm.com
lalves@grsm.com
*Attorneys for Defendant Timothy Beall*

*/s/ Matthew A. Morr*
Matthew A. Morr, #35913
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: 303-292-2400
Fax: 303-296-3956
Email: morrm@ballardspahr.com
*Attorney for Defendant Two Rivers Water and Farming Company*


*/s/ David G. Mayhan*
David G. Mayhan, #15146
BUTLER SNOW LLP
1801 California Street, Suite 5100
Denver, Colorado 80202
Telephone: (720) 330-2394
Fax: (720) 330-2301

Email: david.mayhan@butlersnow.com
*Attorney for Defendant Wayne Harding*

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2020, a true and correct copy of the foregoing has been filed and served electronically via CM/ECF, and those not registered with CM/ECF will receive service via email, as indicated:

Steve A. Miller
STEVE A. MILLER, P.C.
162 Larimer St., Suite 2906
Denver, CO 80202

*Local Counsel for Plaintiffs and the Putative Class*

Matthew A. Morr
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202
wallaces@ballardspahr.com
petriea@ballardspahr.com
byerc@ballardspahr.com
*Attorney for Defendant Two Rivers Water and Farming Company*

Tamara A. Seelman
Lillian L. Alves
GORDON REES SCULLY MANSUKHANI LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
tseelman@grsm.com
lalves@grsm.com
*Attorneys for Defendant Timothy Beall*

David G. Mayhan
BUTLER SNOW LLP
1801 California Street, Suite 5100
Denver, Colorado 80202
Email: david.mayhan@butlersnow.com

Paul J. Scarlato
Christian A. Pfeiffer
GOLDMAN SCARLATO & PENNY, P.C.
8 Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
scarlato@lawgsp.com
pfeiffer@lawgsp.com

J. Barton Goplerud
Brian O. Marty
SHINDLER ANDERSON GOPLERUD & WEESE P.C.
5015 Grand Ridge Dr., Suite 100
West Des Moines, IA 50265
goplerud@sagwlaw.com
marty@sagwlaw.com
(via email)

Alan L. Rosca
GOLDMAN SCARLATO & PENNY, PC
23250 Chargin Blvd., Suite 100
Beachwood, OH 44122
rosca@lawgsp.com

*Counsel for Plaintiff and the Putative Class*

Susan H. Jacks
James E. Fogg
Thomas D. Neville
OGBORN MIHM LLP
1700 Lincoln, Suite 2700
Denver, CO 80290
*Attorneys for John R. McKowen*

/s/ Steve A Miller