IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

| | |
|---|---|
| Civil Action No.:  19-cv-002639-PAB-NYW | Date: April 29, 2022 |
| Courtroom Deputy:  Emily Buchanan | Court Reporter:   Janet Coppock |

*Parties:*

JOHN PAULSON, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

JOHN R. MCKOWEN, an individual,
WAYNE HARDING, an individual, and
TIMOTHY BEALL, an individual,

    Defendants.

*Counsel:*

Paul Scarlato
Steve Miller

Martin Berliner (VTC)
David Mayhan (VTC)
Lillian Alves

---

### COURTROOM MINUTES

---

**CLASS ACTION FAIRNESS HEARING**

**10:10 a.m.    Court in session.**

Judge Daniel D. Domenico sits in for this hearing for Chief Judge Philip A. Brimmer. Chief Judge Brimmer will review the record made today along with the rest of the record in this case and issue a written order.

Appearances of counsel.  Also present for the objector Blue & Green, LLC is attorney Frank Visciano.

Argument by Mr. Scarlato as to the terms of the settlement.

Mr. Visciano states the objection on behalf of Blue & Green, LLC.

Response by Mr. Scarlato.

Response by Ms. Alves.

Response by Mr. Berliner.

Response by Mr. Mayhan.

Mr. Scarlato addresses Plaintiff's Motion for an Award of Attorneys' Fees, Incentive Award, and Reimbursement of Litigation Expenses.

**ORDERED:** Plaintiff's Motion for Final Approval of Settlement [169] is TAKEN UNDER ADVISEMENT.

**ORDERED:** Plaintiff's Motion for an Award of Attorneys' Fees, Incentive Award, and Reimbursement of Litigation Expenses [170] is TAKEN UNDER ADVISEMENT.

**10:44 a.m.    Court in recess.**

Hearing concluded.
Total time in court:    00:34