IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02639-PAB-NRN

JOHN PAULSON, Individually and on Behalf of all Others Similarly Situated,

    Plaintiff,

v.

JOHN R. MCKOWEN,
WAYNE HARDING, and,
TIMOTHY BEALL,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 178] of Chief Judge Philip A. Brimmer, entered on March 15, 2023, it is

ORDERED that Plaintiff's Motion for Final Approval of the Settlement [Docket No. 169] is GRANTED. It is further

ORDERED that judgment shall be entered dismissing this case with prejudice. It is further

ORDERED that this case is closed.

Dated at Denver, Colorado this 16th day of March, 2023.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/ J. Dynes
                    J. Dynes, Deputy Clerk